NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**In re: THE CHAMBERLAIN GROUP, INC.,**
*Petitioner*

---

2019-111

---

On Petition for Writ of Mandamus to the United States Court of International Trade in No. 1:19-cv-00017, Judge Jennifer Choe-Groves.

---

**ON PETITION**

---

Before NEWMAN, MOORE, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

The Chamberlain Group, Inc. seeks a writ of mandamus that would vacate the temporary restraining order (TRO) entered by the United States Court of International Trade (CIT) on February 11, 2019.* The International

---

* The petition also sought an order directing the CIT "not [to] proceed further with the adjudication of Chamberlain's patent rights without according Chamberlain full party-intervenor status." However, after the petition

2                                    IN RE:  THE CHAMBERLAIN GROUP, INC.

Trade Commission supports the petition.   One World Technologies, Inc. opposes, as do the United States, the Department of Homeland Security, Customs and Border Protection, and the Acting Commissioner of Customs. Having considered the papers, the court deems it the appropriate course here to deny the mandamus petition with the understanding that the jurisdictional issues will be timely resolved.

Accordingly,

IT IS ORDERED THAT:

The petition is denied.

FOR THE COURT

Mar 7, 2019                    /s/ Peter R. Marksteiner
     Date                          Peter R. Marksteiner
                                   Clerk of Court

s32

---

was filed, the CIT granted Chamberlain's motion to intervene and fully participate as a party in the case.